Rel: January 10, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0468

Jimmy Tebe Spurlock v. America's Car-Mart, Inc. (Appeal from Autauga Circuit Court: CV-22-900148).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Stewart, and Cook, JJ., concur.